No. 80–5074. RODRIGUEZ v. TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Estelle* v. *Smith,* 451 U. S. 454 (1981), and *Adams* v. *Texas,* 448 U. S. 38 (1980).

No. A–998. MOWAD v. UNITED STATES. C. A. 2d Cir. Application for stay and/or bail, addressed to JUSTICE BRENNAN and referred to the Court, denied.